No. 03–8337. SMITH *v.* HENDRICKSON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–8338. SACCO *v.* NEW YORK. County Ct., Orange County, N. Y. Certiorari denied.

No. 03–8339. RINALDO *v.* BROWARD COUNTY JAIL. C. A. 11th Cir. Certiorari denied.

No. 03–8348. WILLIAMS *v.* KINGSTON ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8350. WEBB *v.* YLST. C. A. 9th Cir. Certiorari denied.

No. 03–8357. POTTS *v.* ROSE, WARDEN. Sup. Ct. Ohio. Certiorari denied.

No. 03–8363. MCPEAK *v.* MAYLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8364. O'QUINN *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 03–8366. NEWMAN *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–8367. CARTER *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 03–8368. MING LI *v.* FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–8371. KAILEY *v.* COLORADO. Ct. App. Colo. Certiorari denied.

No. 03–8372. MACHADO *v.* YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8377. DI NARDO ET AL. *v.* FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.